# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

JASON M. PARKER

v.

(Full name of defendant(s))

C.O. BARRY

Case Number: 17-C-0946

(to be supplied by Clerk of Court)

A. **PARTIES**

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   KENOSHA COUNTY JAIL PRE TRIAL FACILITY 1000 55TH STREET 53140 Kenosha, WI
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __C.O. BARRY__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>KENOSHA COUNTY SHERIFF'S DEPARTMENT 1000 55TH STREET 53140 KENOSHA, WI</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

PLAINTIFF JASON PARKER IS AN INMATE AT KENOSHA COUNTY JAIL PRE TRIAL FACILITY IN KENOSHA, WISCONSIN. ON JUNE 11, 2017 BETWEEN 6PM AND 10PM DEFENDANT C.O. BARRY WALKED PASS THE PLAINTIFF'S CELL LOCATED IN X BLOCK CELL X14, SEVERAL TIMES (DELIBERATELY IGNORING THE PLAINTIFF FOR NO REASON) THE PLAINTIFF CALLED AND YELLED HIS NAME DOWN THE HALL LOUDLY EVERYTIME (NOT TO THE EXTENT OF BEING DISRESPECTFUL THOUGH) LETTING THE DEFENDANT KNOW THAT THE PLAINTIFF HAD OUTGOING MAIL. THE DEFENDANT BARRY WAS RETALIATING AGAINST PARKER FOR WRITING GRIEVANCES ON OTHER OFFICERS. HE TOOK THE PLAINTIFF'S MAIL AROUND DINNER TIME BUT, THE PLAINTIFF

Complaint – 2

FORGOT TO PUT "ATTORNEY" IN FRONT OF THE NAME ON THE ENVELOPES. THE PLAINTIFF IS SEEKING ATTORNEY REPRESENTATION AND LITIGATION AND DIDN'T WANT ANYONE TO READ IT. THE DEFENDANT GAVE THEM BACK. THE PLAINTIFF PLACED THE TWO ENVELOPES IN HIS CELL DOOR DIRECTLY UNDER (VISIBLE) THE CAMERA. THE DEFENDANT BARRY WAS TRYING TO SHOW OFF IN FRONT OF OTHER PERSONNEL OR WAS ORDERED NOT TO TAKE THE PLAINTIFF'S MAIL. ON THE CAMERA YOU CAN SEE THE PLAINTIFF WIGGLING THE ENVELOPES UP AND DOWN WHEN THE DEFENDANT WALKED PASS A FEW TIMES, ENSURING YOU THAT THE DEFENDANT WAS AWARE OF THE PLAINTIFF'S OUTGOING MAIL. THE PLAINTIFF FELL ASLEEP AND AWAKEN AT APPROX 10:15PM AND NOTICED THIRD SHIFT ON DUTY AND HIS MAIL STILL SITTING IN THE DOOR. LAST CALL FOR MAIL IS ABOUT 8:00PM - 8:30PM. DEFENDANT BARRY DELIBERATELY IGNORED THE PLAINTIFF'S OUTGOING MAIL. PLAINTIFF SEEKS PUNITIVE DAMAGES FROM BARRY FOR THE VIOLATION OF HIS RIGHT OF ACCESS TO COURTS, SIXTH AMENDMENTS GUARANTEE OF COUNCIL FOR CRIMINALS. VIOLATION OF 1ST AMEND. DELIBERATE INDIFFERENCES RETALIATORY ACTIONS.

Complaint - 3

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

What I would like the court to do if I win my lawsuit is award me punitive damages in the amount of $1,250,000.00 one million two hundred and fifthy thousand dollars for. Negligence, misconduct, deliberate indifference, violation of KJ policy. Violation of constitutional rights.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES       ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __08__ day of __July__ 20_17_.

Respectfully Submitted,

*Jason Parker*
Signature of Plaintiff

__196__
Plaintiff's Prisoner ID Number

(CURRENTLY) KENOSHA COUNTY JAIL 1000 55TH STREET KENOSHA, WI 53140

(HOME) 6411 39TH AVE KENOSHA, WISCONSIN 53142
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

# REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑  I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.